UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CALVIN N. MAULTSBY,

      Plaintiff,

v.                                               CASE NO. 8:17-cv-1579-T-23TBM

ALBERTUS MAULTSBY,

      Defendant.

_____/

## <u>ORDER</u>

A January 4, 2018 report (Doc. 18) recommends dismissing this action with prejudice for failure to prosecute and for failure to comply with several orders.[*] More than fourteen days has passed, and no party objects. Accordingly, the report and recommendation (Doc. 18) is **ADOPTED**. For the reasons stated in the report and

---

[*] "Plaintiff has evidenced a complete lack of interest in participating in the prosecution of his claims despite efforts by the Court and defense counsel to engage him. Not only has he failed to participate in a case management conference as ordered on two occasions, he has twice failed to appear for hearings duly noticed by the Court. He also has been duly warned that his failure to participate in the proceedings would result in a dismissal of the suit. (Doc. 14 at 2). At no point in the litigation has Plaintiff made any showing of good cause to justify his failure to prosecute his claims." (Doc. 18 at 3–4)

recommendation, this action is **DISMISSED WITH PREJUDICE**. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on January 25, 2018.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE